## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| SHIELD TECHNOLOGIES CORP., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No: 11-cv-06183 |
| vs. | ) | |
| | ) | Judge John F. Grady |
| PARADIGM POSITIONING LLC, | ) | |
| THOMAS W. NELSON, | ) | Magistrate Judge Arlander Keys |
| JEFFREY D. VOLD, and | ) | |
| TRANSHIELD, INC. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## SHIELD TECHNOLOGIES CORP.'S MOTION TO DISMISS THIRD AMENDED COUNTERCLAIMS AND STRIKE THIRD AMENDED AFFIRMATIVE DEFENSES OF THOMAS W. NELSON AND PARADIGM POSITIONING LLC

On October 24, 2011, Paradigm Positioning LLC ("Paradigm") and Thomas W. Nelson filed their Third Amended Joint Answer and Counterclaims to Shield Technologies Corporation's ("Shield's") Amended Complaint.[1]  (Docket No. 37.)  On November 9, 2011, the Court granted leave for them to file it *instanter*.  (*See* Docket No. 49.)  Pursuant to Federal Rules of Civil Procedure 12(b)(6) and 12(f), and for the reasons set forth in Shield's contemporaneously filed supporting memorandum, Shield respectfully requests that the Court dismiss Nelson and Paradigm's First, Fourth, Fifth, Sixth, Seventh, Eighth, and Ninth Counterclaims and strike all of Nelson and Paradigm's Affirmative Defenses—including each

---

[1] Although, Nelson and Paradigm titled the October 24, 2011, their "Second" Amended Joint Answer and Counterclaims, it was actually the fourth pleading they filed in this case.  (*See* Docket Nos. 31, 33, 36, 37.)  Shield appropriately refers to it here as Nelson and Paradigm's Third Amended Joint Answer and Counterclaims.

paragraph under the heading of "Lack of Jurisdiction." Shield respectfully submits that dismissal of the Seventh and Eighth Counterclaims should be with prejudice.

Dated: December 9, 2011                    Respectfully submitted,

/s/ Uli Widmaier<br>
PATTISHALL, McAULIFFE, NEWBURY,<br>
  HILLIARD & GERALDSON LLP<br>
David C. Hilliard (#1217496)<br>
Uli Widmaier (#6226366)<br>
Ashly Iacullo (#6289801)<br>
Jeffrey A. Wakolbinger (#6297872)<br>
311 S. Wacker Drive, Suite 5000<br>
Chicago, Illinois 60606<br>
Telephone: 312-554-8000

*Attorneys for Shield Technologies Corporation*

## CERTIFICATE OF SERVICE

I, Uli Widmaier, hereby certify that a copy of the foregoing ***Shield Technologies Corp.'s Motion to Dismiss <u>Third</u> Amended Counterclaims and Strike <u>Third</u> Amended Affirmative Defenses of Thomas W. Nelson and Paradigm Positioning LLC*** and ***Supporting Memorandum*** were filed on December 9, 2011, via the Court's CM/ECF system, which will send notice to all attorneys of record.

<u>/s/ Uli Widmaier</u>